Priority Send
Form G-75 (Tina Goodrich)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDCO GROUP, INC. d/b/a ABI DOCUMENT SUPPORT SERVICES,<br><br>        Plaintiff,<br><br>   v.<br><br>TINA GOODRICH,<br><br>        Defendant. | Case No. 5:12-CV-00348 (VAP)(DTBx)<br><br>[PROPOSED] ORDER RE PLAINTIFF'S <br>*EX PARTE* APPLICATION FOR A <br>TEMPORARY RESTRAINING ORDER <br>AND ORDER TO SHOW CAUSE RE <br>PRELIMINARY INJUNCTION |

CAROTHERS DISANTE &
FREUDENBERGER LLP

464252.1

[PROPOSED] ORDER RE PLAINTIFF'S
APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE

1. The above-entitled matter came before the Court on the *ex parte* application of Plaintiff EDCO Group, Inc. d/b/a/ ABI Document Services ("ABI"), requesting the Court issue a Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Be Entered.

Based upon the Complaint filed in this action, the *Ex Parte Application* for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction and Temporary Restraining Order; Memorandum of Points and Authorities, and the supporting declarations of Jason Benge and Liberty Paramo (and the exhibits thereto), Dawn M. Irizarry, Esq., filed concurrently herewith (the "Application"), and good cause appearing therefrom, ~~the Application is GRANTED and~~ the Court orders as follows:

1. Plaintiff Tina Goodrich is ordered to appear on April 2 at 2:00 pm in Courtroom 2 located at 3470 Twelfth Street, Riverside, California 92501 to show cause why, pending trial in this action, a preliminary injunction should not be ordered restraining and enjoying Plaintiff, your employers, employees, representatives, agents or any other persons acting in concern with you or on your behalf from:

    a. further misappropriation of ABI's confidential customer information;

    b. utilizing any of ABI's confidential trade secrets in your current position with Compex Legal Services, Inc. or otherwise;

    c. disclosing ABI's trade secret information, including, but not limited to its customers lists and pricing information, to any third party, including Compex Legal Services, Inc. and/or representative of Compex Legal Services, Inc.;

    d. ordered to immediately turn over all ABI confidential trade secret information, including its customer information in your possession; and

2. ~~Pending hearing on the Order to Show Cause, Plaintiff Tina Goodrich, her employers, employees, representatives, agents or other persons acting in concert with you or on your behalf are restrained and enjoined from:~~

    a. further misappropriation of ABI's confidential customer information;



1  [~~PROPOSED~~] ORDER RE PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO

464252.1

1  ~~b.  utilizing any of ABI's confidential trade secrets in your current position~~ with
2  Compex Legal Services, Inc. or otherwise;
3  c.  disclosing ABI's trade secret information, including, but not limited to its
4  customers lists and pricing information, to any third party, including
5  Compex Legal Services, Inc. and/or representative of Compex Legal
6  Services, Inc.; and
7  d.  ordered to immediately turn over all ABI confidential trade secret
8  information, including its customer information in your possession.

*π may file supplemental papers no later than 3/23/12; defendant may file opposition by 3/27/12; π may file a reply by 3/30/12*

Dated: March 19, 2012

The Honorable Virginia A. Phillips
UNITED STATES DISTRICT COURT

Submitted by:

Dated: March 15, 2012

CAROTHERS DiSANTE & FREUDENBERGER LLP

By: /s/ Dawn M. Irizarry
    Dawn M. Irizarry

*Attorneys for Plaintiff EDCO Group, Inc. d/b/a ABI Document Support Services*

# NOTICE PARTY SERVICE LIST

Case No.  EDCV12-00348-VAP          Case Title  Edco Group Inc v. Tina Goodrich

Title of Document  ORDER TO SHOW CAUSE IN RE: TINA GOODRICH

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Tina Goodrich, In pro se

Firm:

Address *(include suite or floor)*: 4921 Bluff Street

Norco, CA 92860

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

Initials of Deputy Clerk  jh